UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (1)

INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA

    Plaintiff

    vs.

EF TRUCKING, LLC and
BRINK TRUCK LINES, INC.

    Defendants
_____/

And

BRINK TRUCK LINES, INC.

    Cross Claimant

    vs.

EF TRUCKING, LLC

    Cross Defendant
_____/.

And

BRINK TRUCK LINES, INC.

    Third Party Plaintiff

    vs.

FIREMAN'S FUND INSURANCE COMPANY and
ALLIANZ GLOBAL CORPORATE AND SPECIALTY

    Third Party Defendants
_____/

Hon. Robert Holmes Bell
Magistrate Judge: Hon. Joseph G. Scoville
Case No: 1:11-cv-00904 (RHB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

And

EF TRUCKING, LLC

    Cross Plaintiff
    vs.

FIREMAN'S FUND INSURANCE COMPANY

    Cross Defendant

---

DAVID LOUIS MAZAROLI
Law Offices of David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, New York 10007
212-267-8480
212-732-7352 (Fax)
dlm@mazarolilaw.com

MICHAEL J. LIDDANE (P38639)
Foster, Meadows & Ballard, P.C.
Local Counsel for Plaintiff
607 Shelby- 7th Floor
Detroit, Michigan 48226
313-961-3234
313-961-6184 (Fax)
mliddane@fostermeadows.com

GREGORY G. PRASHER (P19068)
Prasher Law Group, P.C.
Attorney for Cross Defendant EF Trucking, LLC
429 Turner Avenue, NW
Grand Rapids, Michigan 49504
616-454-7780
616-454-2232 (Fax)
greg@prasherlaw.com

GEORGE W. WRIGHT
George W. Wright & Associates, LLC
Attorney for Defendant/Cross Claimant
Brink Truck Lines, Inc.
88 Pine Street
New York, New York 10005
201-342-8884
201-343-8869 (Fax)
gwright@wright-associate.com

MICHAEL J. TAUSCHER (P31718)
Scopelitis, Garvin, Light, Hanson & Feary
Local Counsel for Brink Truck Lines, Inc.
535 Griswold-Suite 1818
Detroit, Michigan 48226
313-237-7400
313-963-7425 (Fax)
mtauscher@scopelitis.com

L. LADD CULBERTSON (P58907)
Garan Lucow Miller PC
Attorney for Third Party Defendants Allianz Global Corporate and Specialty and Fireman's Fund Insurance Company
300 Ottawa Ave., NW, Ste. 800
Grand Rapids, MI 49503-3003
616-742-5500
616-742-5566 (Fax)
LCulbertson@garanlucow.com

2

WHEREAS the Court was previously informed that the parties have reached a settlement agreement;

WHEREAS the settlement funds have been received by plaintiff;

IT IS HEREBY STIPULATED AND AGREED that this action, including all cross-claims, third-party claims and claims for indemnity, is discontinued as to all parties pursuant to Rule 41(a) (1)(A)(ii) and (c) Federal Rules of Civil Procedure, with prejudice and with each party to pay its own costs and attorneys fees.

SO ORDERED:

/s/ Robert Holmes Bell
**HON. ROBERT HOLMES BELL**
**U. S. DISTRICT COURT JUDGE**

Dated: April 16, 2012

s/David Louis Mazaroli w/consent
DAVID LOUIS MAZAROLI
Law Offices of David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, New York 10007
212-267-8480
212-732-7352 (Fax)
dlm@mazarolilaw.com

s/Michael J. Liddane w/consent
MICHAEL J. LIDDANE
Foster, Meadows & Ballard, P.C.
Local Counsel for Plaintiff
607 Shelby- 7thFloor
Detroit, Michigan 48226
313-961-3234
313-961-6184 (Fax)
mliddane@fostermeadows.com
P38639

s/Gregory G. Prasher w/consent
GREGORY G. PRASHER
Prasher Law Group, P.C.
Attorney for Cross Defendant EF Trucking, LLC
429 Turner Avenue, NW
Grand Rapids, Michigan 49504
616-454-7780
616-4542232 (Fax)
greg@prasherlaw.com
P19068

s/George W. Wright w/consent
GEORGE W. WRIGHT
George W. Wright & Associates, LLC
Attorney for Defendant/Cross Claimant
Brink Truck Lines, Inc.
88 Pine Street
New York, New York 10005
201-342-8884
201-343-8869 (Fax)
gwright@wright-associate.com

s/Michael J. Tauscher w/consent
MICHAEL J. TAUSCHER
Scopelitis, Garvin, Light, Hanson &Feary
Local Counsel for Brink Truck Lines, Inc.
535 Griswold- Suite 1818
Detroit, Michigan 48226
313-237-7400
mtauscher@scopelitis.com
P31718

s/L.Ladd Culbertson w/consent
L. LADD CULBERTSON
Garan Lucow Miller PC
Attorney for Third Party Defendants Allianz Global Corporate and Specialty and Fireman's Fund Insurance Company
300 Ottawa Ave., NW, Ste. 800
Grand Rapids, MI 49503-3003
616-742-5500
616-742-5566 (Fax)
LCulbertson@garanlucow.com
P58907

Law Offices,
David L. Mazaroli

By: /s/ David Mazaroli

David L. Mazaroli
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480

Foster, Meadows & Ballard, P.C.
Local Counsel for Plaintiff

By: /s/
Michael J. Liddane
607 Shelby, 7th Floor
Detroit, MI 48226
Tel.: (313)961-3234

George W. Wright & Associates, LLC
Attorneys for Defendant and Third-Party
Plaintiff Brink Truck Lines Inc.

By: /s/
George W. Wright
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel.: (201)342-8884

Scopelitis, Garvin, Light, Hanson & Feary
Local Counsel for Brink Truck Lines, Inc.

By: /s/
Michael J. Tauscher
535 Griswold - Suite 1818
Detroit, Michigan 48226
Tel (313)237-7400

Garan Lucow Miller PC
Attorneys for Third-Party Defendants
Fireman's Fund Insurance Co. and
Allianz Global Corporate and Specialty

By: /s/
L. Ladd Culbertson
300 Ottawa Ave., N.W., Suite 800
Grand Rapids, MI 49503
Tel.: (616)742-5500

Prasher Law Group, PC
Attorneys for Defendant
B. F. Trucking LLC

By: /s/
Gregory G. Prasher
The Steepleview Building
429 Turner Avenue, NW
Grand Rapids, MN 49504
Tel (616)454-7780